UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
OCT - 4 2011
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY H      DEPUTY

UNITED STATES OF AMERICA,

          Plaintiff,

vs.

BERENICE VALLE (1),

          Defendant.

CASE NO. 11CR3847-H

JUDGMENT OF DISMISSAL

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case (Indictment 11cr4352-H) against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense as charged in the one count Information:

    21 USC 952 and 960.

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: October 3, 2011

_____
MARILYN L. HUFF
UNITED STATES DISTRICT JUDGE